No. 258. CHARLES B. KIMBELL ET AL., APPELLANTS, v. CHICAGO HYDRAULIC PRESS BRICK COMPANY ET AL. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Argued April 27, 28, 1904. Decided May 16, 1904. Per Curiam. Dismissed for the want of jurisdiction on the authority of Arbuckle v. Blackburn, 191 U. S. 405; Continental National Bank v. Buford, 191 U. S. 119; Tennessee v. Bank, 152 U. S. 454; Ansbro v. United States, 159 U. S. 695; Colorado Company v. Turck, 150 U. S. 138. Mr. Edmund Harvey Smalley for appellants. Mr. Edward Cunningham, Jr., and Mr. Edward C. Eliot for appellees.

## Decisions on Petitions for Writs of Certiorari from April 5, 1904, to May 31, 1904.

No. 574. LENA S. WALTON ET AL., PETITIONERS, v. WILD GOOSE MINING AND TRADING COMPANY. April 11, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. Mr. Frederic D. McKenney, Mr. John M. Thurston, Mr. J. W. Hughes and Mr. D. W. Burchard for petitioners. Mr. Charles Page, Mr. E. J. McCutchen and Mr. A. B. Browne for respondent.

No. 614. DEXTER HORTON & Co., PETITIONER, v. LONDON AND SAN FRANCISCO BANK (LIMITED). April 11, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. Mr. William E. Humphrey for petitioner. Mr. Charles E. Shepard and Mr. Thomas P. Shepard for respondent.